**Remand and Opinion Filed November 1, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00163-CV

## RICHARD BROCK COMPTON, IVY CREEK INVESTMENTS, LTD., MINERAL POINT HOLDING CO., LLC, AND KAZOKU INVESTMENTS LTD., Appellants

### V.

## KELLY MARIE HOGLUND COMPTON, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-25368**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Pedersen, III

Before the Court is the parties' joint motion to render judgment pursuant to

settlement agreement and either Texas Rule of Appellate Procedure 42.1(a)(2)(A)

or 42.1(a)(2)(B). *See* TEX. R. APP. P. 42.1(a)(2). Pursuant to rule 42.1(a)(2)(B), we

grant the motion, set aside the trial court's December 14, 2020 order without regard

to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* 42.1(a)(2)(B).

210163f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RICHARD BROCK COMPTON,
IVY CREEK INVESTMENTS,
LTD., MINERAL POINT
HOLDING CO., LLC, AND
KAZOKU INVESTMENTS LTD.,
Appellants

No. 05-21-00163-CV    V.

KELLY MARIE HOGLUND
COMPTON, Appellee

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-18-25368.
Opinion delivered by Justice
Pedersen, III, Justices Osborne and
Reichek participating.

In accordance with this Court's opinion of this date, we **SET ASIDE**, without regard to the merits, the trial court's December 14, 2020 "Order Granting Kelly Compton's Second Amended Motion to Enforce Partial Mediated Settlement Agreement by Appointing Third Party to Effectuate Distribution of Assets" and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

Subject to the parties' agreement, we **ORDER** that appellee Kelly Marie Hoglund Compton recover her costs, if any, of this appeal from appellants Richard Brock Compton, Ivy Creek Investments, Ltd., Mineral Point Holding Co., LLC, and Kazoku Investments Ltd.

Judgment entered this 1st day of November, 2021.